1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
   E-FILING
4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-4537

8  Attorneys for Plaintiff

ORIGINAL

2008 MAR .5 P 2: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

UNITED STATES OF AMERICA,      )  Criminal No. CR-08 00136 RS
                               )
       Plaintiff,              )  VIOLATIONS: 18 U.S.C. §13, assimilating
                               )  California Vehicle Code §23152(a) - Driving
       vs.                     )  under the Influence of alcohol; 18 U.S.C. §13,
                               )  assimilating California Vehicle Code
KENNETH MARK WALKER,           )  §23152(b) - Driving With BAC Over .08 %;
                               )  18 U.S.C. §13, assimilating California Vehicle
       Defendant.              )  Code §23222(a) - Driving with an Open
                               )  Container in Vehicle
_____)

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving Under the Influence of Alcohol)

On or about 16 October 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

KENNETH MARK WALKER,



1

did unlawfully drive a motor vehicle while under the influence of an alcoholic beverage and drug, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class A misdemeanor.

COUNT TWO: (18 U.S.C. §13, assimilating California Vehicle Code §23152(b) - Driving Under the Influence of Alcohol Over the Legal Limit)

On or about 16 October 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

KENNETH MARK WALKER,

did unlawfully drive a motor vehicle with an alcohol content of .08 percent and more, by weight, in his blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(b), a Class A misdemeanor.

COUNT THREE: (18 U.S.C. §13, assimilating California Vehicle Code §23222(a) – Driving with an Open Container)

On or about 16 October 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

KENNETH MARK WALKER,

did unlawfully possess, while driving a motor vehicle, a bottle, can and other receptacle, containing an alcoholic beverage which had been opened and the seal broken, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23222(a), an infraction.

DATED: March 3, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

```
AO 257 (Rev. 9/92)                                                            PER 18 U.S.C. 3170
```

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT | Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**CR-08-00136-RS**

2009 MAR -5 P 2:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

**OFFENSE CHARGED**
See attached sheet

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**Place of offense**
Fort Hunter Liggett, CA

**U.S.C. Citation**
See attached sheet

**DEFENDANT -- U.S. vs.**
KENNETH MARK WALKER

**Address:** 67700 Lockwood-Jolon Rd.
Lockwood, CA 93932

**Birth Date:** [redacted]   ☑ Male   ☐ Alien
                              ☐ Female   (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
➤ MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ➤
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. / Day / Year

**DATE OF ARREST** ➤
Or . . . if Arresting Agency & Warrant were not Federal
Mo. / Day / Year

**DATE TRANSFERRED TO U.S. CUSTODY** ➤

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd on 7 April, 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. WALKER

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23152(a) – Driving under the influence of alcohol

    Penalties:    Mandatory Minimum (2nd offense):
        90 days imprisonment in county jail.
        $390 fine

        Maximum Penalties (2nd offense):
        1 year imprisonment in county jail.
        $1,000 fine

**COUNT TWO:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23152(b) – Driving under the influence of alcohol over the legal limit.

    Penalties:    Mandatory Minimum (2nd offense):
        90 days imprisonment in county jail.
        $390 fine

        Maximum Penalties (2nd offense):
        1 year imprisonment in county jail.
        $1,000 fine

**COUNT THREE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23222 – Possession of an open container while driving

    Penalties:    Mandatory Minimum
        $100.00
        Maximum
        $266.00