```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  ROBERT N. MICHAELS (PABN 200918)
    Special Assistant United States Attorney
 5
        Defense Language Institute – Criminal Law
 6      1336 Plummer Street, Building 275
        Monterey, CA  93944
 7      Telephone: (831) 242-4537
        FAX: (831) 242-5198
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR 08 00136 RS |
| Plaintiff,           ) | |
| vs.           ) | MOTION AND ORDER |
| KENNETH MARK WALKER,           ) | FOR SUMMONS |
| Defendant.           ) | |

The Government hereby requests that a new summons be issued for the above named defendant.

Service of process on the above named defendant was attempted on 6 March 2008, by certified mail at the address of 67700 Lockwood-Jolon Rd., Lockwood, California 93932. Service of process could not be effected due to an incorrect address for the defendant.

1

1  The Government has obtained a new address for the defendant and requests that the time,
2  date, and location of initial hearing on the new summons be 4 August, 2008 at 9:30 AM at the
3  United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.
4  The defendant's address is 729 30th St., Paso Robles, California 93446.
5  The Government makes this request based on the charge specified in the Information filed
6  with the Court on 5 March 2008, which was violation of 18 U.S.C. §13, assimilating California
7  Vehicle Code §23152(a) – Driving Under the Influence of Alcohol; 18 U.S.C. §13, assimilating
8  California Vehicle Code §23152(b) Driving Under the Influence of Alcohol Over the Legal
9  Limit; and 18 U.S.C. §13, assimilating California Vehicle Code §23222(a) Driving with an Open
10 Container.

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Robert N. Michaels_
ROBERT N. MICHAELS
Special Assistant United States Attorney

### ORDER

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: _____2008    _____
RICHARD SEEBORG
United States Magistrate Judge