1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   ROBERT N. MICHAELS (PABN 200918)
5  Special Assistant United States Attorney

6     Defense Language Institute – Criminal Law
      1336 Plummer Street, Building 275
7     Monterey, CA  93944
      Telephone: (831) 242-4537
8     FAX: (831) 242-5198

9  Attorneys for Plaintiff

FILED
JUN - 9 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08 00136 RS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION AND ORDER |
| KENNETH MARK WALKER, | ) | FOR SUMMONS |
| Defendant. | ) | |

The Government hereby requests that a new summons be issued for the above named defendant.

Service of process on the above named defendant was attempted on 6 March 2008, by certified mail at the address of 67700 Lockwood-Jolon Rd., Lockwood, California 93932. Service of process could not be effected due to an incorrect address for the defendant.

1

1  The Government has obtained a new address for the defendant and requests that the time,
2  date, and location of initial hearing on the new summons be 4 August, 2008 at 9:30 AM at the
3  United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.
4  The defendant's address is 729 30th St., Paso Robles, California 93446.
5  The Government makes this request based on the charge specified in the Information filed
6  with the Court on 5 March 2008, which was violation of 18 U.S.C. §13, assimilating California
7  Vehicle Code §23152(a) – Driving Under the Influence of Alcohol; 18 U.S.C. §13, assimilating
8  California Vehicle Code §23152(b) Driving Under the Influence of Alcohol Over the Legal
9  Limit; and 18 U.S.C. §13, assimilating California Vehicle Code §23222(a) Driving with an Open
10 Container.

JOSEPH P. RUSSONIELLO
United States Attorney

ROBERT N. MICHAELS
Special Assistant United States Attorney

### ORDER

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: 6/9/ 2008

RICHARD SEEBORG
United States Magistrate Judge