CHRISTOPHER LAVORATO (SBN 221034)
CHRISTIAN SCOTT (SBN 252975)
LAVORATO, HOUSE, CHILTON & LAVORATO
A Professional Corporation
P. O. Box 2112
310 Capitol St.
Salinas, Ca 93901
Telephone: 831 758 2786
Facsimile : 831 758 0566

Attorneys for Defendant

**FILED**

OCT 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

The United States of America,

    Plaintiff,

vs.

KENNETH MARK WALKER,

    Defendant.

Case No.: CR-08-00136-RS

STIPULATION AND [PROPOSED] *RS*
ORDER EXCLUDING TIME

On October 6, 2008, the parties in this case appeared before the Court for status Hearing. The parties jointly requested that the case be continued from October 6, 2008, until December 1, 2008 at 9:00 a.m. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from October 6, 2008, to December 1, 2008, at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate, based on the defendant's need for effective preparation of counsel.

///
///
///
///
///

Law Offices
Lavorato, House,
Chilton & Lavorato
310 Capitol Street
PO Box 2112
Salinas CA 93901
(831) 758-2786
Fax: (831) 758-0566

The United States of America vs. Kenneth Mark Walker
United States District Court Case #CR-08-00136-RS
Stipulation and [Proposed] Order Excluding Time

1

SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED:

                                            ROBERT N. MICHAELS
                                            Special Assistant United States Attorney

DATED: 10/7/08

                                            CHRISTIAN SCOTT
                                            Attorney for Defendant
                                            KENNETH MARK WALKER

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the time be excluded under the Speedy Trial Act from October 6, 2008 to December 1, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 10/31/08

                                            RICHARD SEEBORG
                                            United States Magistrate Judge

Law Offices
Lavorato, House,
Chilton & Lavorato
310 Capitol Street
PO Box 2112
Salinas CA 93901
(831) 758-2786
Fax: (831) 758-0566

The United States of America vs. Kenneth Mark Walker
United States District Court Case #CR-08-00136-RS
Stipulation and [Proposed] Order Excluding Time